**Anna M. RAFFERTY, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
**Respondent.**

**No. 04–3323.**

United States Court of Appeals,
Federal Circuit.

July 16, 2004.

Theresa L. Kilgore, Principal Attorney, Colorado Legal, Colorado Spring, CO, for Petitioner.

Lindsay Williams, Principal Attorney, David M. Cohen, Deborah A. Bynum, of Counsel, Department of Justice, Washington, DC, for Respondent.

### ORDER

The court has received and filed the petitioner's statement concerning discrimination.

Accordingly,

IT IS ORDERED THAT:

(1) The order of dismissal issued July 14, 2004 is vacated, the mandate recalled, and the petition for review is reinstated.

(2) Petitioner should compute the due date for filing its brief 60 days from the date of this order.